IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LOGITRAQ, LLC | § | |
| | § | |
| v. | § | CASE NO. 6:14cv195-JDL |
| | § | |
| FLYING J TRANSPORTATION, LLC | § | |

## FINAL JUDGMENT

Pursuant to the Agreed Motion to Dismiss, the Court hereby enters Final Judgment. Plaintiff Logitraq, LLC, filed suit against Flying J Transportation, LLC on March 20, 2014. Since that time, all Defendants have been dismissed in this case.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**. All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 28th day of July, 2014.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE